**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**SHIRLEY A. CHAVIS,**

                        **Plaintiff,**

       v.                                  **5:11-CV-220**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

                        **Defendant.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**THOMAS J. McAVOY**
**United States District Judge**

## DECISION & ORDER

This matter brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Therese Wiley Dancks, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

No objections to the September 21, 2012 Report-Recommendation were raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.

It is, therefore, **ORDERED** that (1) the matter be remanded for a proper determination of Plaintiff's Residual Functioning Capacity considering any physical non-exertional limitations; (2) the Administrative Law Judge ('ALJ") shall obtain the opinion of a vocational expert if Plaintiff's non-exertional limitations present significant limitations; and (3) all other determinations made by the ALJ be affirmed.

IT IS SO ORDERED.

Dated: December 11, 2012

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge